O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS GEORGE,<br><br>      Petitioner,<br><br>      v.<br><br>K. HARRINGTON, Warden,<br><br>      Respondent. | Case No. CV 09-2621-JGB (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss the Second Amended Petition be granted and that Judgment be entered dismissing this action with prejudice.

DATED: 4/11/13

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE