JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS GEORGE,<br><br>              Petitioner,<br><br>    v.<br><br>K. HARRINGTON, Warden,<br><br>              Respondent. | Case No. CV 09-2621-JGB (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4/11/13

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE